1   BENJAMIN B. WAGNER
United States Attorney
2   LAURA A. HUGGINS
Special Assistant U.S. Attorney
3   501 I Street, Suite 10-100
Sacramento, CA 95814
4   Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6   Attorneys for Plaintiff
United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11   UNITED STATES OF AMERICA,              CASE NO. 2:14-CR-00218-KJN

12                          Plaintiff,      STIPULATION AND ORDER TO CONTINUE
                                            JURY TRIAL
13                  v.
                                            DATE: December 1, 2014
14   REYNALDO GARCIA,                       TIME: 9:00 a.m.
                                            COURT: Hon. Kendall J. Newman
15                          Defendants.

16

17        The United States through its undersigned counsel, LAURA A. HUGGINS, Special Assistant

18   United States Attorney, and Linda Harter, Chief Assistant Federal Defender, attorney for the defendant,

19   Reynaldo Garcia, hereby stipulate to continue the jury trial scheduled for December 1, 2014 at 9:00 a.m.

20   to December 8, 2014 at 9:00 a.m.  Speedy trial time is to be excluded from the date of this stipulation

21   through December 8, 2014 in order to provide counsel reasonable time to prepare, pursuant to 18 U.S.C.

22   Section 3161 (h)(7)(B)(iv) and Local Code T4.  Specifically, Special Assistant United States Attorney

23   Laura Huggins is currently preparing two court trials scheduled for November 17, 2014 and requests a

24   continuance in the present matter.

25   ///

26   ///

27   ///

28   ///

STIPULATION TO CONTINUE JURY TRIAL                    1

Dated:  November 4, 2014

BENJAMIN B. WAGNER
United States Attorney

/s/ LAURA A. HUGGINS

By: _____
LAURA A. HUGGINS
Special Assistant U.S. Attorney

/s/ LINDA C. HARTER

Dated:  November 4, 2014          By: _____
LINDA C. HARTER
Chief Assistant Federal
Defender

## ORDER

The Court, having received, read, and considered the stipulation of the parties, and good cause

appearing therefrom, adopts the stipulation of the parties in its entirety as its order. The Court

specifically finds that the failure to grant a continuance in this case would deny counsel reasonable time

necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds

that the ends of justice to be served by granting the requested continuance outweigh the best interests of

the public and defendant in a speedy trial.

The Court orders that the time from the date of the parties' stipulation, up to and including

December 8, 2014, shall be excluded from the computation of time within which the trial of this case

must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local

Code T4, in order to provide counsel with reasonable time to prepare.  It is further ordered that the jury

trial set for December 1, 2014 shall be continued to December 8, 2014, at 9:00 a.m.

Dated:  November 5, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO CONTINUE JURY TRIAL

2