IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) 2:14-cr-00218-KJN |
| | ) |
|        Plaintiff, | ) ORDER TO SHOW CAUSE AND ORDER |
| | ) TO ISSUE SUMMONS RE: PROBATION |
|   v. | ) REVOCATION |
| | ) |
| REYNALDO GARCIA, | ) |
| | ) |
|       Defendant. | ) |
| | ) |
|   | ) |
| _____ | ) |

**<u>ORDER TO SHOW CAUSE AND ISSUE SUMMONS</u>**

It is Hereby Ordered that the defendant shall appear on August 24, 2016, at 9:00 a.m. to show cause why the probation granted on January 13, 2015, should not be revoked for the defendant's failure to comply with his Court-ordered probation.

///

///

///

///

///

///

1    It is further ordered that the Clerk's office shall issue a

2 summons directing the defendant to appear on August 24, 2016, at 9:00

3 a.m.

4    IT IS SO ORDERED.

5 Dated:  July 27, 2016

6

7 _____
  KENDALL J. NEWMAN
8 UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28